**Opinion issued December 11, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00908-CR

————————————

**STEPHEN WALTERS YATES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 337th District Court
Harris County, Texas
Trial Court Case No. 1543731

## MEMORANDUM OPINION

Appellant, Stephen Walters Yates, has filed a motion to dismiss his appeal. The motion complies with Texas Rule of Appellate Procedure 42.2. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(a). Yates and his attorney have both signed the motion. *See* TEX. R. APP. P.

42.2(a). The Clerk of this Court has sent a duplicate copy to the trial court clerk.

*See* TEX. R. APP. P. 42.2(a). Accordingly, we grant Yates's motion and dismiss the

appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.

Do not publish.  TEX. R. APP. P. 47.2(b).